In the Matter of the Claim of RAYMOND R. GILLETTE, Respondent, against ROCHESTER VULCANITE PAVING COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued November 20, 1928; decided December 4, 1928.)

*Clarence B. Tippett* for appellants.

*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.